IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD L. BRICKER, ) | |
| ) | Civil Action No. 08 - 1053 |
| Plaintiff, ) | |
| ) | District Judge David S. Cercone |
| v. ) | |
| ) | |
| CAPTAIN GEORGE A KUZILLA, et al, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

The above captioned case was initiated by the filing of a motion to proceed *in forma pauperis* on July 29, 2008, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Magistrate Judge Lisa Pupo Lenihan filed a Report and Recommendation on November 10, 2008 (doc. no. 18), recommending that the Plaintiff's Motion for Preliminary Injunction (doc. no. 9) be denied. Plaintiff was served with the Report and Recommendation and advised that he had until November 28, 2008 to file objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 3rd day of December, 2008;

**IT IS HEREBY ORDERED** that the Plaintiff's Motion for Preliminary Injunction (doc. no. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 18)

of Magistrate Judge Lenihan dated November 10, 2008, is **ADOPTED** as the Opinion of the Court.

By the Court:

_____
David S. Cercone
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Ronald L. Bricker
FQ-9611
SRCF-Mercer
801 Butler Pike
Mercer, PA 16137